### RICOH CORPORATION and Ricoh Company, Ltd., Plaintiffs–Appellants,

v.

### PITNEY BOWES, INC., Defendant–Appellee.

No. 2007–1479.

United States Court of Appeals, Federal Circuit.

Sept. 8, 2008.

Lawrence B. Friedman, Cleary Gottlieb Steen & Hamilton LLP, of New York, New York, argued for plaintiffs-appellants. With him on the brief were David H. Herrington, Roger A. Cooper, and Kathleya Chotiros.

Jan M. Conlin, Robins, Kaplan, Miller & Ciresi L.L.P., of Minneapolis, Minnesota, argued for defendant-appellee. With him on the brief were Munir R. Meghjee, and Katie Crosby Lehmann. Of counsel were Kimberly G. Miller and Stacie E. Oberts.

RADER, DYK, Circuit Judges, and WALKER, Chief District Judge *.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.